Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:	(671) 777-0581
Email:		cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Christopher Chahn Bahng*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Christopher Chahn Bahng,<br><br>　　　　　Applicant. | Case Number:<br><br>**DECLARATION OF CHRISTOPHER CHAHN BAHNG IN SUPPORT OF CHRISTOPHER CHAHN BAHNG'S *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Christopher Chahn Bahng, declare that:

1.	I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2.	I am a singer and the leader of the South Korean boy band Stray Kids, and I reside in the Republic of Korea.

3.	This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4.	On May 20, 2025, an X user who uses the X display name "a♡" and X handle "@cupldhrts" (hereinafter "**User 1**") posted a deepfake video of me on the X platform (hereinafter "**Deepfake 1**") that falsely depicted me of saying: "until I'm sloppy cum drunk mess, Nothing turns me on more than a brutish nigger man, using Me like piece of trash, Slamming his huge nigga

Page **1** of **3**

*Declaration of Christopher Chahn Bahng*

dick into over and again, until I'm sloppy cum drunk mess"; attached as **Exhibit 1** is a true and correct screenshot of the video published by User 1.

5. On or about the same date, the same X user posted another deepfake video of me on the X platform (hereinafter "**Deepfake 2**") alongside a video of a black male individual exposing his penis, in which I am falsely depicted of saying "Oh my god, fuck yes. That's a real nigger dick baby, Look at that thick veiny cock and those fat juicy balls, I can, already imagine how good that would feel deep inside of, me stretching me out And pounding into submission".

6. On May 26, 2025, an X user who uses the X display name "*" and X handle "@ningseles" (hereinafter "**User 2**") re-posted User 1's posts of Deepfake 1 and Deepfake 2; attached as **Exhibit 2** is a true and correct screenshot of User 2's re-post of Deepfake 1, and attached as **Exhibit 3** is a true and correct screenshot of User 2's re-post of Deepfake 2.

7. Based upon information and belief, I understand that the phrase "From a♡" below the videos shown in Exhibit 2 and Exhibit 3 indicate that User 2 re-posted User 1's posts of Deepfake 1 and Deepfake 2.

8. Based upon information and belief, later during the same day, User 1 deleted his posts of Deepfake 1 and Deepfake 2, but User 2 had saved Deepfake 1 and newly posted Deepfake 1 on the X platform; attached as **Exhibit 4** is a true and correct screenshot of User 2's post on the X platform.

9. Based upon information and belief, User 1 knew that he was posting fake deepfake videos of me; attached as **Exhibit 5** is a true and correct screenshot of an X post by User 1.

10. The face of the individual in the videos is my face, but the videos are completely fake, and have been generated using my face.

11. I have never consented to Deepfake 1 and Deepfake 2 being generated.

12. The videos are fake, as I have never said anything depicted in the videos.

13. As of the date of this declaration, all of the videos appear to be no longer viewable, and it appears that User 2 has deleted his or her X account.

14. Being depicted of saying the sexually explicit statements have caused significant harm to my reputation as a singer, and I have suffered significant mental distress, physical stress,

Page **2** of **3**
*Declaration of Christopher Chahn Bahng*

and humiliation, and I have been devasted by the sexually explicit manner in which I have been falsely depicted.

15. I have filed a civil lawsuit on July 17, 2025 against the Users in the Seoul Eastern District Court in the Republic of Korea for defamation (hereinafter "**Civil Case**").

16. I have thoroughly reviewed the information on the Users' X accounts to find information that may lead to the true identities of the Users, but I was unable to find any identifying information that will reveal the true identities of the Users.

17. I have also searched online to find information that may lead to the true identities of the Users, but I was unable to find any identifying information that may lead to the true identities of the Users.

18. I have been unable to identify the true identities of the Users, preventing me from proceeding with the Civil Case against the Users.

19. Unless the true identities of the Users are revealed, I will be unable to pursue the Civil Case against the Users.

20. The identities of the Users will only be used for the purpose of the Civil Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August __26__, 2025.

CHRISTOPHER CHAHN BAHNG

*Declaration of Christopher Chahn Bahng*



**Exhibit 1**


\*
@ningseles



From a ♡

3:21 AM · May 26, 2025 · **4,051** Views

💬 13      ↻ 10      ♡ 27      🔖 24      ⤴

**Exhibit 2**



**Exhibit 3**



@ningseles

The coward deleted the video of Banchan saying the nword, but with luck I was able to save it, here it is, ask and send emails to JYP so Bang apologizes for this



Nothing turns me on more than a brutish nigger man, using

7:30 PM · May 26, 2025 · **2,647** Views



**Exhibit 4**



**Exhibit 5**