Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Christopher Chahn Bahng*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Christopher Chahn Bahng,<br><br>Applicant. | Case Number:<br><br>**EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

The Applicant Christopher Chahn Bahng (hereinafter "**Applicant**") hereby moves this Court for an order for expedited consideration of the Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings (hereinafter "**Application**"). ECF No. 1.

The Applicant has discovered that the X account of the X user who uses the X handle "@ningseles" (hereinafter "**User 2**"), which the Applicant is seeking discovery for, has been deleted. ECF No. 1-1, ¶¶ 6, 13. There is a serious concern that, because User 2's account has been deleted, this will result in the permanent loss of the personal identifying information (hereinafter "**PII**") registered on User 2's account without an expedited decision on the Application by this Court.

"For a motion to be an 'emergency' to a federal court, the situation typically must involve some significant degree of urgency, severity, and irreparability, and it must be a situation a court is well suited to remedy." *Goldberg v. Barreca*, Case No. 2:17-CV-2106 JCM (VCF), 2017 WL 3671292, at *5 (D. Nev. Aug. 24, 2017).

Here, there is urgency, severity, and irreparability, because all of the PII to identify User 2 may be permanently lost without an expedited decision by this Court, because User 2's account has been deleted, which will likely result in the permanent loss of information registered on User 2's account. ECF No. 1-1, ¶¶ 6, 13. If the PII registered on User 2's account is lost, the Applicant will lose the only means to identify User 2, which will result in the Applicant being unable to proceed with his civil action in Korea to seek redress for the torts committed by User 2 against the Applicant.

Therefore, because the PII that is being sought by the Application may be permanently lost without an expedited decision by this Court, the Applicant respectfully asks for this Court to expedite its consideration of the Application so that the Applicant may conduct discovery from X Corp. to reveal the identity of User 2.

Dated September 1, 2025.

/s/ Carlos M. Taitano
CARLOS M. TAITANO
Attorney for Applicant
Christopher Chahn Bahng