Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Christopher Chahn Bahng*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Christopher Chahn Bahng,<br><br>Applicant. | Case Number:<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AU THORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Pending before this Court is the Emergency Motion for Expedited Consideration of Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings (hereinafter "**Motion**") of the Applicant, Christopher Chahn Bahng (hereinafter "**Applicant**"). Having considered all of the briefs and other documents submitted by the parties, the arguments of counsel, and all other matters, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The Applicant's Motion is GRANTED.

Dated: ____________________, 2025.

______________________________________

United States District Judge